**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| 3371 READING, LLC, | : | |
| *Plaintiff*, | : | Case No. 1:22-cv-62 |
| vs. | : | Judge Jeffery P. Hopkins |
| LIBERTY MUTUAL GROUP, INC., *et al.*, | : | |
| *Defendants*. | : | |

---

## JUDGMENT IN A CIVIL CASE

---

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the May 16, 2025 Order, the Court **GRANTS** Defendants' Motion for Summary Judgment (Doc. 99) and **DENIES** Plaintiff's Motion for Partial Summary Judgment (Doc. 105). Plaintiff's Motions to Exclude (Docs. 103, 104) are **DENIED AS MOOT**. Defendants' Motion for Leave to File Supplemental Response (Doc. 112) is also **DENIED AS MOOT**. The Court **ORDERS** the clerk to **ENTER JUDGMENT** for Defendant and **TERMINATE** this matter from the docket.

Dated: May 16, 2025

Richard W. Nagel, Clerk of Court
By: /s Karli Colyer
Deputy Clerk